UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Megan Mizen,<br><br>    Plaintiff,<br>v.<br><br>Omni Credit Services of Florida, Inc.; and<br>DOES 1-10, inclusive,<br><br>    Defendants. | Civil Action No.: 3:12-cv-00767-JGC |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated June 14, 2012

            Respectfully submitted,

            /s/ Brian T. McElroy

            Brian T. McElroy, Esq. (0073930)
            MCELROY LAW, LLC
            1991 Crocker Road
            Gemini I, Suite 600
            Westlake, Ohio 44145
            Phone:  (440) 892-3334
            Fax:  (440) 892-3336
            Email: btm@McElroyLawllc.com

            Co-Counsel with:

            LEMBERG & ASSOCIATES, L.L.C.
            A Connecticut Law Firm
            1100 Summer Street, 3rd Floor
            Stamford, CT 06905
            Telephone: (203) 653-2250

Facsimile:  (203) 653-3424
Attorneys for Plaintiff:
Megan Mizen

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 14, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Northern District of Ohio Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By /s/ Brian T. McElroy_____

            Brian T. McElroy