IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Megan Mizen,  3:12cv767

       Plaintiff(s)

v.  Order

Omni Credit Services,

       Defendant(s)

The parties having notified the Court that this case is settled, It is hereby

**ORDERED THAT:**

1.  Dismissal entry to be filed by July 30, 2012, and

2.  The parties having agreed thereto, any dispute re. terms of settlement to be submitted to the undersigned District Judge for final adjudication.

So ordered.

       S/ James G. Carr
       James G. Carr
       District Judge